✓# 639314  #128312

FILED
2010 FEB 25 PM 2:4
CLERK U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:  *  CASE # 04-37958 S
         CHAPTER 13
     *
Barnes, Joyce A
Debtor  *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such checks and the check numbers are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 602308 | Alltell Communications<br>1 Allied Dr Bldg 5<br>Little Rock, AR 72202 | 7.46 | 10/30/09 |

2. Your trustee's check #639314 for a total of $ 7.46 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 02/24/10

John P. Gustafson
Trustee in Bankruptcy